In view of our answer to question No. 4, question No. 3 becomes immaterial.

## BROWN v. STATE.
### No. 25034.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of the offense of driving an automobile upon a public highway while under the influence of intoxicating liquor, and the jury assessed his punishment at a fine of $100.00 and 10 days confinement in the county jail.

There are no bills of exception nor a statement of facts in the record. All other proceedings appear to be regular, therefore nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.